**Opinion issued June 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00332-CR

———————————

**DOUGLAS AUSTIN DICKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-CCR-159965**

---

## MEMORANDUM OPINION

Appellant, Douglas Austin Dickerson, was charged by information with the misdemeanor offense of driving while intoxicated. After being charged, Dickerson filed a motion to suppress the results of his breath test. The associate judge

assigned to the case denied his motion. Dickerson now attempts to appeal from the associate judge's order.[1]

We do not have jurisdiction to review an interlocutory appeal taken by a defendant from an order denying a motion to suppress in a criminal case. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Ft. Worth 1996, no pet.). Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Brown, and Huddle.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] This "appeal" appears to be an attempt by Dickerson to persuade the trial court to "modify, correct, reject, [or] reverse" the order of the associate judge. *See* TEX. GOV'T CODE ANN. § 54A.013(a) (West Supp. 2013). Nevertheless, because we have no jurisdiction over this appeal, we will not remand for clarification.